| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | CAUSE NO. __71D07-2508-CT-000324__ |

| | |
|---|---|
| Robert J. Freel, Sr. | ) |
| 820 Horner Road | ) |
| Mishawaka, IN 46544, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Menards, Inc., | ) |
| c/o The Prentice-Hall Corporation System | ) |
| 135 N. Pennsylvania Street, Suite 1610 | ) |
| Indianapolis, IN 46204, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

The plaintiff, Robert J. Freel, Sr., by counsel, for his Complaint for Damages against the defendant, Menards, Inc., states and alleges as follows:

### NATURE OF THE ACTION

1. This is an action for damages due to personal injuries suffered by Robert Freel, Sr. when Menards, Inc. negligently and carelessly failed to maintain its parking lot which caused Mr. Freel to fall.

### PARTIES, JURISDICTION, AND VENUE

2. Robert Freel, Sr. is a resident of the state of Indiana who resides at 820 Horner Road, Mishawaka, IN 46544.

3. Menards, Inc. is an incorporated business who owns and operates the business located at 365 West University Drive, Mishawaka, IN 46545.

4. The Court has jurisdiction over this matter pursuant to Ind. R. Trial P. 4.4 because it arises from acts or omissions causing personal injury within Indiana.

EXHIBIT A

5. Venue is preferred in St. Joseph County pursuant to Ind. R. Trial P. 75 as the county where the collision occurred.

## FACTUAL ALLEGATIONS

6. On or about December 14, 2023, Mr. Robert Freel, Sr. was an invitee on the premises of Menards located at 365 West University Drive in Mishawaka, Indiana.

7. As Mr. Freel was attempting to enter the store, he fell due to an uneven place in the parking lot near the handicap parking spot.

8. Mr. Freel was injured when he fell onto the pavement.

## NEGLIGENCE CLAIM

9. Robert Freel, Sr. incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

10. Menards, Inc. owed a duty to Robert Freel, Sr. and all other invitees to maintain their property and ensure the safety of all invitees.

11. Menards, Inc. breached their duty by failing to maintain their property in a manner to ensure the safety of Mr. Freel and all other invitees.

12. As a result, Menards, Inc. caused personal injuries to Robert Freel, Sr., the effects of which may be permanent and lasting.

13. Robert Freel, Sr. has suffered damages as a direct and proximate cause of the actions and omissions of Menards, Inc., including but not limited to treatment; future hospital, doctor, and medical expenses; pain and suffering.

14. The incident and injuries were caused solely by the negligence of Menards, Inc. and without any negligence on the part of Robert Freel, Sr..

WHEREFORE, the plaintiff, Robert J. Freel, Sr., demands judgment in his favor and

EXHIBIT A

against the defendant, Menards, Inc., in an amount that will reasonably compensate him for his injuries and damages, and for all other just and proper relief.

### JURY DEMAND

Robert J. Freel, Sr. demands a trial by jury of any and all issues so triable in the above-captioned matter.

Respectfully submitted,

PFEIFER MORGAN & STESIAK

James P. Barth (33951-64)
PFEIFER MORGAN & STESIAK
53600 N. Ironwood Rd.
South Bend, Indiana 46635
Telephone: (574) 272-2870
Facsimile: (574) 271-4329
jbarth@pilawyers.com
*Counsel for the plaintiff,*
*Robert J. Freel, Sr.*

3

EXHIBIT A